IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

INA JOANNE HARSHMAN,

        Plaintiff,

v.                                      CIVIL ACTION NO. 2:15-cv-014828

JOHNSON & JOHNSON,

        Defendant.

## MEMORANDUM OPINION AND ORDER

On September 22, 2020, I entered an order directing plaintiff to show cause on or before October 6, 2020, why her case should not be dismissed without prejudice as to the remaining defendant, Johnson & Johnson, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff has not shown cause. The court **ORDERS** that plaintiff's case must be dismissed without prejudice pursuant to Rule 4(m) for failure to serve the remaining defendant within 90 days after the complaint was filed.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER: October 8, 2020

                JOSEPH R. GOODWIN
                UNITED STATES DISTRICT JUDGE